AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

_MBSpencer_

**APPEARANCE**

Case Number: 04 6152-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _DAVID LAFLEUR_

I certify that I am admitted to practice in this court.

_6/15/04_
Date

_[Signature]_
Signature

_JEFFREY DENNER_   _120520_
Print Name   Bar Number

_4 Longfellow Pl.  3rd Fl_
Address

_Boston_   _MA_   _02114_
City   State   Zip Code

_617 227-2800_   _617 973-1162_
Phone Number   Fax Number