AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  *Massachusetts*

United States

v.

David Lafleur

**APPEARANCE**

Case Number: 04-10152-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   David Lafleur

I certify that I am admitted to practice in this court.

6/15/04
Date

*[Signature]*
Signature

Brad Bailey          549749
Print Name           Bar Number

Denner Assoc.
4 Longfellow Pl. 35th Fl
Address

Boston           MA           02114
City             State         Zip Code

617-227-2800
Phone Number          Fax Number