# DENNER ASSOCIATES, P.C.
COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, 35TH FLOOR, BOSTON, MASSACHUSETTS 02114
TELEPHONE: (617) 227-2800 • TELEFAX: (617) 973-1562

FILED
2004 JUL 29 P 12: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

July 23, 2004

Brian T. Kelly
Assistant U.S. Attorney
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02110

Re:     United States v. LaFleur
        Crim. No. 04-00471-JLT

Dear Mr. Kelly:

Pursuant to Local Rule ("L.R.") 116.3 of the United States District Court for the District of Massachusetts, I am requesting the following discovery:

   a.   Statements known to, or possessed by, the Government of persons with information relative to the Defendant, or the facts alleged in the indictment, who are prospective witnesses;

   b.   the names, addresses and criminal records of <u>all</u> potential witnesses[1], including, but not limited to, any and all eyewitnesses to any of the charged conduct, all persons interviewed by the Government in the course of its investigation whom the government intends to use in the preparation of its case in chief or call as a witness at trial;

   c.   the name(s), if any, of all Government informers, agents, employees or special employees who are, or in any way have, knowledge of Defendant, or of the facts alleged in the indictment;

   d.   copies, and the distribution list, of any news or press release or photographs prepared by any agency of the Government which in any way relate to the matters alleged in the indictment;

---

[1] In addition to the early Jenks material voluntarily provided by your office.

# DENNER ASSOCIATES, P.C.
COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, 35TH FLOOR, BOSTON • MASSACHUSETTS 02114
TELEPHONE: (617) 227-2800 • TELEFAX: (617) 973-1562

Brian T. Kelly
July 23, 2004
Page Two

  e. originals or copies of all documents obtained from third parties, including but not limited to the Federal Bureau of Investigation, the Bristol County Sheriff's Department, the Fall River Police Department, the Internal Revenue Service, and any other local, state or federal or foreign law enforcement documents/reports/logs, which are in the possession, custody or control of Attorneys for the Government and which are expected to be utilized in proving the charges herein, or which are exculpatory in nature;

  f. any and all documents or physical items presented or shown to the Grand Jury, documents taken from the Defendant, toll records, charts, and summaries which are to be utilized as evidence at trial;

  g. any photographs or other pictures used to identify the Defendant during the course of this investigation;

  h. a written summary of the testimony the Government intends to use under Federal Rules of Evidence 702, 703 or 705, during the case in chief at trial. This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications, pursuant to Fed.R.Crim.P. 16(a)(1)(E);

  i. whether any searches were conducted, whether by warrant or not, which resulted in the seizure of any item which is to be introduced at the trial of <u>this</u> indictment. If so, the Defendant moves that he be provided with the following:

    i. The date, time and location of each search;

    ii. The circumstances under which the search took place, including copies of any applications, affidavits or warrants;

    iii. The items seized (for inspection and copying);

  j. the names of any informers, agents, employees or special employees of any law enforcement agency (foreign, federal, state, county, local or private) who have knowledge of the Defendant, or of the facts alleged in the indictment, or are percipient witnesses thereto;

# DENNER ASSOCIATES, P.C.
COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, 35TH FLOOR, BOSTON • MASSACHUSETTS 02114
TELEPHONE: (617) 227-2800 • TELEFAX: (617) 973-1562

Brian T. Kelly
July 23, 2004
Page Three

    k.    a copy of the "proffer letter" the Defendant was allegedly asked by the Government to hand-deliver to his cousin Vincent Schierri;

    l.    a copy of any "target letter" served on the Defendant, if such a target letter, in fact, exists and/or was ever served on the Defendant; and

    m.    copy of any waiver of rights form(s) executed by the Defendant in this case.

Your written response to this request is appreciated. In the meantime, we look forward to your response to my letter to you dated July 20, 2004, and request your separate continued compliance with L.R. 116.1(C) and 116.2(B), to the extent new and/or related materials may be brought to your subsequent attention.

As always, I may be reached at (617) 227-2800, should you have any questions.

Sincerely,

Brad Bailey

BB/tjp

cc:    Clerk of Courts,
       United States District Court
    Mr. David LaFleur
    Jeffrey A. Denner, Esq.