UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL CASE
V.                                          NO. 04-10152 JLT

DAVID LAFLEUR
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On July 20, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1.  There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2.  There are no features of the case  that deserve special attention or modification of the standard schedule;

3. Supplemental discovery is anticipated;

4.  There is no discovery concerning any expert witnesses, pursuant to  Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5.  The applicable periods of excludable delay under the Speedy Trial Act include: May 19, 2004, through May 26, 2004 (7 days); May 26, 2004 through June 15, 2004 (20 days); and June 15, 2004, through July 13, 2004 (28 days) for a total of 55 days as of July 13, 2004.  The government and defense will file a joint motion for any applicable periods of excludable delay.  The total amount of time to proceed to trial is seventy (70) days as of July 13, 2004;

6.  Trial is anticipated.  The estimated duration of a trial is five (5) to seven (7) days;

7.  The defendant wants to file a motion to dismiss at some point.

IT IS HEREBY ORDERED THAT

A motion date  pursuant to Fed. R. Crim. P. 12 (c) has not been established.  A **Final Status Conference**  is scheduled at **2:15 p.m.** on **August 19, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:


August 13, 2004                    /S/ Rex Brown
Date                               Courtroom Clerk
                                   (617) 748-9238