UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                         CRIMINAL NO. 04-10152 JLT

DAVID LAFLEUR

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On August 19, the parties appeared before this court for a Final Status Conference. Upon motion of the parties the Final Status Conference was converted to an interim status conference. With regard to status, the parties have represented that:

Dispositive motions shall be filed on or before October 5, 2004, with the government's response due on or before October 19, 2004. The government will file a joint motion for all agreed upon periods of excluded delay.

A Final Status Conference is scheduled for **October 5, 2004,** at **2:15 PM** in Courtroom 24, 7th floor. The parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

September 29, 2004                /S/ Rex Brown
Date                                       Courtroom Clerk
                                              (617) 748-9238