UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIM. NO. 04-10152-JLT |
| v. ) | |
| ) | |
| DAVID LAFLEUR ) | |
| ) | |
| Defendant. ) | |

FILED
IN CLERKS OFFICE
2004 OCT -1 P 3: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

## JOINT STATUS REPORT
### (L.R. 116.5(C))

A final status conference is scheduled for October 5, 2004 at 2:15 p.m. The parties hereby respectfully submit the following status report.

Pursuant to the Local Rules, the parties have discussed the possibility of an early resolution of this case without trial. To date, these discussions have been fruitless. The government presently anticipates its case-in-chief occupying approximately four days.

Pursuant to the Local Rules, the government has produced discovery to the defendant. The government is aware of its continuing discovery obligations and will provide such additional materials as they become available. Defendant intends to file a discovery motion regarding rough notes and other police records.

The defendant does not intend to file a defense of insanity or public authority and the government has not requested notice of alibi.

The defendant intends to file a motion to dismiss the indictment (with a request for an evidentiary hearing) with the district court. Defendant intends to file his motions by October 5, 2004; the government intends to respond by October 19, 2004.

The parties further respectfully request that the Court exclude the time from the October 5, 2004 status conference until the date set for the next hearing in this case on the grounds that the defendant needs the additional time to analyze the automatic discovery materials and to prepare for trial. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A). Moreover, the time is excludable under 18 U.S.C. § 3161(h)(1)(F) because pretrial motions will be pending.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: October 1, 2004    By: /s/ Brian T. Kelly
                              Brian T. Kelly
                              Frank M. Gaziano
                              Assistant U.S. Attorneys


Dated: October 1, 2004    By: /s/ BK for BBailey
                              R. Bradford Bailey, Esq.
                              Jeffrey A. Denner, Esq.
                              Counsel for Defendant LaFleur

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CRIMINAL NO. 04-10152-JLT

2004 OCT -1 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

David LaFleur

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On 10/05/04, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are/are not features of case that deserve special attention or modification of the standard schedule.

2. Discovery is/is not complete and there are/are no pending motions. If there are pending motions, then the pending motions include
The government believes discovery is complete. The defendant intends to file a discovery motion re: rough notes and police records. Defendant also intends to file a motion to dismiss (with request for evidentiary hearing) with District Court.

3. Supplemental discovery anticipated None.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act All

(b) Amount of time remaining under the Speedy Trial Act before trial must commence 70 Days

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act
Defendant discovery motion and defendant motion to dismiss.

5. (a) The defendant does/does not intend to raise a defense of insanity.
   (b) The defendant does/does not intend to raise a defense of public authority.

6. The Government has/has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial
   Motion to Dismiss

1

(b) Briefing schedule established   Defendant motions due 10/05/04; Government response due 10/19/04.

8. Need for schedule concerning any matter in the case other than trial   None

9. Possibility of early resolution of case without trial   Not likely.

10. Trial is / ~~is not~~ necessary. Estimated duration of trial
    Probably one week trial.

11. Other matters   None.

      IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

                                          By the Court,

Date_____          _____
                                                Deputy Clerk