UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -5  P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-00471-JLT |
| v. ) | |
| ) | |
| DAVID LAFLEUR ) | |

### DEFENDANT DAVID LAFLEUR'S NOTICE OF MOTION TO DISMISS INDICTMENT AND REQUEST FOR AN EVIDENTIARY HEARING

Defendant David Lafleur, by and through undersigned counsel, hereby moves this Honorable Court for an order dismissing the indictment issued against him on May 19, 2004, charging him with the crimes of Grand Jury perjury in violation of 18 U.S.C. § 1623 and obstruction of justice in violation of 18 U.S.C. § 1503. The defendant bases his motion to dismiss the indictment upon his accompanying memorandum of law with attached exhibits. **The defendant requests that the court schedule an evidentiary hearing on his motion to dismiss the indictment on a date convenient to the court and all parties.**

WHEREFORE, Defendant Lafleur asks this court to grant his motion and order the dismissal of the indictment.

Dated: October 5, 2004
Boston, Massachusetts

Respectfully submitted,
DAVID LAFLEUR
By his attorneys,

_____
Jeffrey A. Denner, BBO#120520
Brad Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
(617) 227-2800

## Certificate of Service

    I, Gary G. Pelletier, certify that on October 5, 2004, I served a true and correct copy of the within Defendant David Lafleur's Notice of Motion to Dismiss Indictment and Request for an Evidentiary Hearing and the accompanying Memorandum in Support of Defendant David Lafleur's Motion to Dismiss Indictment with attached exhibits upon Assistant United States Attorney Brian T. Kelly by hand delivery at United States Courthouse, One Courthouse Way, Suite 900, Boston, Massachusetts 02110.

_____
Gary G. Pelletier