UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID LAFLEUR )<br>) | Crim. No. 04-004?1 |

### DEFENDANT DAVID LAFLEUR'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS INDICTMENT IN EXCESS OF TWENTY PAGES

Defendant David Lafleur, by and through undersigned counsel, hereby moves this Honorable Court pursuant to Local Rule 7.1(b)(4) for an order permitting him to file a memorandum of law in excess of twenty pages. As the basis for his motion, the defendant avers that the factual and legal issues in this case are complex. Accordingly, the defendant can not address the factual and legal issues properly in twenty pages.

WHEREFORE, Defendant Lafleur asks the court to grant this motion.

Dated: October 5, 2004
Boston, Massachusetts

Respectfully submitted,
DAVID LAFLEUR
By his attorneys,

_____
Jeffrey A. Denner, BBO#120520
Brad Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
(617) 227-2800

## Certificate of Service

I, Gary G. Pelletier, hereby certify that on October 5, 2004, I provided a true and correct copy of the within Defendant David Lafleur's Motion to File a Memorandum of Law in Support of his Motion to Dismiss Indictment in Excess of Twenty Pages upon Assistant United States Attorney Brian T. Kelly, United States Courthouse, Suite 900, Boston, Massachusetts 02110 by hand delivery.

_____
Gary G. Pelletier