UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIM. NO. 04-10152-JLT |
| | ) |
| **DAVID LAFLEUR** | ) |
| | ) |
| Defendant. | ) |

GOVERNMENT'S MOTION FOR CONTINUANCE OF DATE TO RESPOND TO PRETRIAL MOTION TO DISMISS (**ASSENTED TO**) AND PARTIES' JOINT MOTION TO PERMIT ONE WEEK FOR DEFENDANT TO REPLY AND TO CANCEL STATUS CONFERENCE SCHEDULED FOR OCTOBER 19, 2004

Defendant Lafleur has filed a lengthy pretrial motion to dismiss which the government is currently scheduled to respond to by October 19, 2004. Government counsel has been attending to litigation responsibilities on other matters and respectfully requests more time (one week) in which to fully and properly respond to the pending pretrial motion in this case. Specifically, the government is hereby requesting (and the defense assents to) a new motion response date of October 26, 2003.

Additionally, the parties jointly request that the defendant be allowed one week until November 2, 2004 to reply to the government's response. Moreover, the parties jointly request that the Further Final Status Conference scheduled for October 19, 2004 be canceled and that the instant case be referred to the district court at this time. The parties agree that the time is excludable under 18 U.S.C. § 3161(h)(1)(F) because pretrial

motions will be pending.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: October 18, 2004          By: _____
                                              Brian T. Kelly
                                              Assistant U.S. Attorney

Dated: October 18, 2004          By: _____
                                              R. Bradford Bailey, Esq.
                                              Jeffrey A. Denner, Esq.
                                              Counsel for Defendant LaFleur


## CERTIFICATE OF SERVICE

Suffolk, ss.                                  Boston, Massachusetts
                                            October 18, 2004

    I, Brian T. Kelly, Assistant U.S. Attorney, do hereby certify that I have this day caused a copy of the foregoing to be faxed and mailed to counsel for the defendant in this case (R. Bradford Bailey, Esq. and Jeffrey A. Denner, Esq.).

                                              _____
                                              BRIAN T. KELLY
                                              Assistant U.S. Attorney