## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

        **V.**                **CRIMINAL NO. CR04-10152 JLT**

**DAVID LAFLEUR**

### ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from: **5/26/04** until **6/15/04** and **6/15/04** until **7/13/04** for the reason checked below.

| | |
|---|---|
| 1/14/05<br>Date | /S/ Joyce London Alexander<br>U.S. Magistrate Judge |

REFER TO DOCUMENT(S) # defendant's oral motion to continue on 5/26/04 **(XE)** and 28 day Excludable Period pursuant to 18 U.S.C §3161(h)(8) and Section(b)(8) of the Plan for Prompt Disposition of Criminal Cases **(XT)**

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [X] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(04cr10152 O-EX DLY-LAFLEUR.wpd - 01/93)        [koexcl.]