UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10152 JLT

DAVID LAFLEUR
      Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

      On October 5, 2004, parties appeared before this Court for a Final Status Conference. On October 18, 2004, parties requested the case be referred to the District Judge. The Court ALLOWED said motion on October 19, 2004. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. There is a pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: May 26, 2004, until July 13, 2004, and July 13, 2004, until October 5, 2004, for a total of one hundred and thirty-three (133) days as of October 5, 2004.
   (b) The total amount of time to proceed to trial is seventy (70) days as of October 5, 2004;

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

7. (a) There is a pending motion to dismiss requiring a ruling by the District Court before trial;
   (b) The government filed its opposition to the defendant's motion to dismiss on

1

October 26, 2005;

8. There is need for a schedule concerning any matter other than trial;

9. Resolution of case without trial is not likely;

10. Trial is necessary. The estimated duration of trial is one (1) week;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk

<u>January 14, 2005</u>
Date