UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | CRIM. NO. 04-10152-JLT |
| v. | ) | |
| | ) | |
| **DAVID LAFLEUR** | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

The parties respectfully request that the Court exclude the time from October 5, 2004 through December 5, 2005 on the grounds that discovery is being exchanged and the defendant needs this time to analyze the discovery materials and to prepare for trial. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Moreover, defendant's motion to dismiss was filed on October 5, 2004 and the Court has indicated it will decide the matter on the first day of trial, December 5, 2005. Accordingly, this time period (October 5, 2004 through December 5, 2005) is also excludable under the Speedy Trial Act pursuant to 18 U.S.C.

§3161(h)(1)(F).

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

Dated: September 29, 2005      By:/s/ Brian T. Kelly
                                              Brian T. Kelly
                                              Assistant U.S. Attorney

Dated: September 29, 2005      By:/s/ Brian T. Kelly For
                                              R. Bradford Bailey, Esq.
                                              Counsel for Defendant LaFleur

*ELECTRONICALLY FILED*