### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIM. NO. 04-10152-JLT** |
| | ) | |
| **DAVID LAFLEUR** | ) | |
| | ) | |
| **Defendant.** | ) | |

### GOVERNMENT'S MOTION FOR CONTINUANCE OF TRIAL DATE
### (ASSENTED TO)

Due to scheduling conflicts, government counsel respectfully requests a continuance of the trial date in this case. The trial date is currently scheduled for December 5, 2005. Defense counsel has been consulted in this matter and has assented to a continuance. The parties, in a separate pleading, will file an agreed upon request for an excludable delay order for Speedy Trial purposes.

Accordingly, the government, with the assent of the defense, respectfully requests a new trial date in early March 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: October 27, 2005

By: /s/ Brian T. Kelly
Brian T. Kelly
Assistant U.S. Attorney

Dated: October 27, 2005

By: /s/ Brian T. Kelly FOR
R. Bradford Bailey, Esq.
Jeffrey A. Denner, Esq.
Counsel for Defendant LaFleur