UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID LAFLEUR )<br>)<br>Defendant. ) | )<br>)<br>) CRIM. NO. 04-10152-JLT<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY**

The parties respectfully request that the Court exclude the time from December 5, 2005 through March 6, 2006 on the grounds that defendant needs this time to analyze the discovery materials and to prepare for trial which is scheduled to commence on March 6, 2006. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Moreover, defendant's motion to dismiss was filed on October 5, 2004 and the Court has indicated it will decide the matter on the first day of trial. Accordingly, this time period (December 5, 2005 through March 6, 2006) is also excludable under the

Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(F).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

Dated: January 11, 2006        By: /s/ Brian T. Kelly
                                        Brian T. Kelly
                                        Assistant U.S. Attorney

Dated: January 11, 2006        By: /s/ Brian T. Kelly For
                                        R. Bradford Bailey, Esq.
                                        Counsel for Defendant LAFLEUR

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system on January 11, 2006 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                        By: /s/ Brian T. Kelly
                                            Brian T. Kelly
                                            Assistant U.S. Attorney