UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>　　　　　　　　　　　　　　　　)　CRIM. NO. 04-10152-JLT<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**DAVID LAFLEUR**　　　　　　　　)<br>　　　Defendant.　　　　　　　　) | |

### GOVERNMENT'S MOTION FOR CONTINUANCE OF TRIAL DATE
### (**ASSENTED TO**)

Due to a scheduling conflict (<u>i.e.</u>, another trial recently scheduled to begin on February 21, 2006 in <u>U.S. v. Shipley</u>, 05-10188-MLW), government counsel respectfully requests a one week continuance of the trial date in this case. The trial date is currently scheduled for March 6, 2006. Defense counsel has been consulted in this matter and has assented to a continuance.

Accordingly, the government, with the assent of the defense, respectfully requests a new trial date of March 13, 2006. The parties also agree that this time period (March 6, 2006 - March 13, 2006) should be excluded for Speedy Trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: January 24, 2006　　　　　By:<u>/s/ Brian T. Kelly</u>
　　　　　　　　　　　　　　　　　　　Brian T. Kelly
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: January 24, 2006　　　　　By:<u>/s/ Brian T. Kelly for</u>
　　　　　　　　　　　　　　　　　　　R. Bradford Bailey, Esq.
　　　　　　　　　　　　　　　　　　　Counsel for Defendant LaFleur

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                              Boston, Massachusetts
                                          January 24, 2006

    I, Brian T. Kelly, Assistant U.S. Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                  <u>/s/ Brian T. Kelly</u>
                                                  BRIAN T. KELLY
                                                  Assistant U.S. Attorney