UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIM. NO. 04-10152-JLT |
| DAVID LAFLEUR | ) ) ) | |
| Defendant. | ) | |

## GOVERNMENT'S WITNESS LIST

The government intends to call the following witnesses in its case-in-chief in the upcoming trial in the above captioned matter:

1. Edward Jay, former IRS special agent;

2. Glen Neto, Somerset, MA police officer;

3. Timothy Mello, Incarcerated;

4. Jack O'Neil, Bristol County Sheriff's Office;

5. Vincent Schieri, Fall River, MA.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

Dated: March 3, 2006    By:  /s/ Brian T. Kelly
    Brian T. Kelly
    George W. Vien
    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

    By:  /s/ Brian T. Kelly
    Brian T. Kelly
    Assistant U.S. Attorney