# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIM. NO. 04-10152-JLT** |
| | ) | |
| **DAVID LAFLEUR** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S EXHIBIT LIST

The government intends to introduce the following exhibits in its case-in-chief in the upcoming trial in the above captioned matter:

**EXHIBIT 1**:    A certified copy of the pen register order dated 10/15/99 re: phone #508-675-4507 subscribed in the name of Madeline Mello at 321 Lake Avenue, Fall River;

**EXHIBIT 2**:    A certified copy of the pen register order dated 10/15/99 re: phone #508-324-1048 subscribed in the name of Martha Oliveira at 321 Lake Avenue, Fall River;

**EXHIBIT 3**:    A certified copy of the pen register order dated 10/15/99 re: phone #508-672-4369 subscribed in the name of Joseph Hayes at 40 Foster Street, Fall River;

**EXHIBIT 4**:    A certified copy of the pen register order dated 10/15/99 re: phone #508-675-2248 subscribed in the name of Joseph Hayes at 40 Foster Street, Fall River;

**EXHIBIT 5**:    Tape of David Lafleur's grand jury testimony on February 7, 2002;

**EXHIBIT 6**:    Transcript of David Lafleur's grand jury testimony on February 7, 2002;

**EXHIBIT 7**:    Stipulation re: materiality of David Lafleur's grand jury testimony;

**EXHIBIT 8**:    Vincent Schieri's wedding day photograph;

**EXHIBIT 9A-B**:     Photographs of A-1 Towing;

**EXHIBIT 10A-B**:     Photographs of telephone cross-box.


                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney


Dated: March 3, 2006                    By:     /s/ Brian T. Kelly
                                                Brian T. Kelly
                                                George W. Vien
                                                Assistant U.S. Attorneys


## CERTIFICATE OF SERVICE

        I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                        By:     /s/ Brian T. Kelly
                                                Brian T. Kelly
                                                Assistant U.S. Attorney


2