AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF       MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**                                                                                          **APPEARANCE**

**DAVID LAFLEUR,**

    **Defendant.**                                                          Case Number:    04-10152-JLT

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    United States of America

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 3, 2006 | /s/ George W. Vien |
| Date | Signature |
| | George W. Vien |
| | Print Name                                                                 Bar Number |
| | USAO, 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston                              MA        02210 |
| | City                                  State              Zip Code |
| | 617-748-3236              617-748-3954 |
| | Phone Number                                                      Fax Number |