UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID LAFLEUR, )<br>  Defendant ) | Crim. No. 04-10152-JLT |

### DEFENDANT'S WITNESS LIST

Defendant David LaFleur ("the Defendant"), by and through undersigned counsel, respectfully submits the following list of witnesses he currently anticipates calling in his case-in-chief at trial.[1]  Please be advised that the Defendant expressly reserves his right to supplement and/or revise this list, with proper notice to the Government, up through the conclusion of his case-in-chief.  He also expressly reserves his right to call additional rebuttal witnesses not listed herein, if necessary:

1. David LaFleur
   139 Smithies Street
   Fall River, MA

2. Chief John Souza
   Fall River Police Department

3. Police Officer Charlie Frietas
   Fall River Police Department

4. Lieutenant Joseph Donnelly
   Fall River Police Department

5. Bruce McCabe
   P.O. Box 32
   East Taunton, MA  02718

---

[1] The names of the Defendant's witnesses herein are not listed in any particular order of their anticipated appearances.

6. Wayne Furtado
   Internal Affairs
   Fall River Police Department

7. Lieutenant Paul Mattos
   Fall River Police Department

8. Police Officer John Robinson
   Fall River Police Department

9. Wilfred LaFleur
   1007 Elm Avenue
   Saint Cloud, Florida  34769

10. Wayne Kirby
    69 Napoleon Street
    Fall River, MA

11. John F. Sheehan
    964 Parce Street
    Fall River, MA

12. Frank Moniz
    FCI

13. David Benoit
    Private Investigator

14. Tim Cox
    Private Investigator

15. Sergeant Michael Hoar
    Fall River Police Department

16. Police Officer Richard Aguiar
    Fall River Police Department

17. Police Officer Thomas Strojny
    Fall River Police Department

18. Sergeant Arthur Sylvia
    Fall River Police Department

19. Police Officer David Pacheco
    Fall River Police Department

20. Walter Pavia
    Servepro
    Fall River, MA

21. Rachel Valente
    Billy's Café
    663 Bedford Street
    Fall River, MA

22. Wilson Valente
    Billy's Café
    663 Bedford Street
    Fall River, MA

                                  Respectfully submitted,
                                  DAVID LAFLEUR,
                                  By his attorneys,

/s/ Brad Bailey

_____
Brad Bailey, BBO#549749
Jeffrey A. Denner, BBO#120520
Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800

March 6, 2006