UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-00471-JLT |
| v. ) | |
| ) | |
| DAVID LAFLEUR ) | |

### DEFENDANT DAVID LAFLEUR'S MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM ONE DAY LATE

David Lafleur ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court for an order granting him leave to file his response to the government's motion in limine on March 7, 2006. The court previously allowed the defendant until March 6, 2006 to file his opposition memorandum. The defendant completed the opposition memorandum and prepared to file it through the court's electronic filing system. Unfortunately, the court's ECF system cannot accept materials filed under seal. The defendant therefore asks the court's permission to file the opposition memorandum with the court and serve the government no later than 9:30 a.m. on February 7, 2006.

WHEREFORE, Defendant Lafleur asks this court to grant his motion and permit him to file his memorandum in opposition to the government's motion in limine under seal on March 7, 2006.

Dated: March 6, 2006  
Boston, Massachusetts

Respectfully submitted,  
DAVID LAFLEUR  
By his attorneys,

/s/ Brad Bailey

_____  
Jeffrey A. Denner, BBO#120520  
Brad Bailey, BBO#549749  
Gary G. Pelletier, BBO#631732  
DENNER O'MALLEY, LLP  
Four Longfellow Place, 35th Floor  
Boston, Massachusetts 02114  
(617) 227-2800