AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

## APPEARANCE

Case Number: 04-10152-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

David Lafleur

I certify that I am admitted to practice in this court.

March 7, 2006
Date

_Gary G. Pelletier_
Signature

Gary G. Pelletier
Print Name

63l732
Bar Number

Four Longfellow Place, 35th Floor
Address

Boston                MA           02114
City                  State        Zip Code

(617) 227-2800
Phone Number

(617) 973-1562
Fax Number