UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIM. NO. 04-10152-JLT |
| DAVID LAFLEUR | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION FOR CONTINUANCE OF TRIAL DATE

Due to the sudden death of a close family relative of defense counsel's, the parties respectfully request a continuance of the trial date in this case. The trial date is currently scheduled for March 13, 2006. The parties respectfully request a new trial date of May 1, 2006.

The parties also agree that this time period (March 13, 2006 through May 1, 2006) should be excluded for Speedy Trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: March 8, 2006            By:    /s/ Brian T. Kelly
                                       BRIAN T. KELLY
                                       Assistant U.S. Attorney

Dated: March 8, 2006            By:    /s/ Brian T. Kelly For
                                       R. Bradford Bailey, Esq.
                                       Counsel for Defendant LaFleur

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney