UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 04-10152-JLT |
| | ) | |
| DAVID LAFLEUR | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENTAL WITNESS LIST**

As previously noted in its submission dated March 3, 2006, the government intends to call the following witnesses in its case-in-chief in the upcoming trial in the above captioned matter:

1. Edward Jay, former IRS special agent;

2. Glen Neto, Somerset, MA police officer;

3. Timothy Mello, Incarcerated;

4. Jack O'Neil, Bristol County Sheriff's Office;

5. Vincent Schieri, Fall River, MA.

Additionally, the government also currently intends to call FBI Special Agent Thomas B. Finn, Jr. (Lakeville, MA office) as a witness in its case-in-chief.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: April 6, 2006        By:   /s/ Brian T. Kelly
                                   Brian T. Kelly
                                   George W. Vien
                                   Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney