UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) CRIM. NO. 04-10152-JLT |
| v. | ) |
| | ) |
| **DAVID LAFLEUR** | ) |
| | ) |
| **Defendant.** | ) |

**GOVERNMENT'S SUBMISSION RE: VOIR DIRE**

In addition to the usual questions posed by the Court during the voir dire process, the government respectfully requests the following specific inquiries be made:

1.   Have you had any negative experiences with law enforcement?  If so, explain at side bar. Would it affect your ability to be fair in this case?

2.   Are you less likely to believe someone because he or she is a member of law enforcement?

3.   Have you had any bad experiences with the FBI, Bristol County Sheriff's Office or Somerset, MA Police Department?  If so, explain at side bar.  Would it affect your ability to be fair in this case?

4.   Have you ever been arrested? If so, explain at side bar. Would it affect your ability to be fair in this case?

5.   Have you or any members of your family or close friends been involved in the criminal justice system as a defendant in a criminal case?   If so, would your experience as a criminal

defendant, or as the family member or friend of a criminal defendant, render you unable to be a fair and impartial juror in this case?

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Dated: April 25, 2006         By:/s/ Brian T. Kelly
                                        BRIAN T. KELLY
                                        GEORGE W. VIEN
                                        Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through the ECF (Electronic Case Filing) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 25, 2006         By:/s/ Brian T. Kelly
                                        BRIAN T. KELLY
                                        GEORGE W. VIEN
                                        Assistant U.S. Attorneys