UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )    Crim. No. 04-10152-JLT
v.                                 )
                                   )
DAVID LAFLEUR                      )
                                   )
_____)

**DEFENDANT'S MOTION *IN LIMINE* TO PROHIBIT**
**INADMISSIBLE HEARSAY EVIDENCE**

     David Lafleur ("the Defendant"), by and through undersigned counsel, moves this Honorable Court to preclude the Government from introducing evidence in its case-in-chief of any statements purportedly made by the defendant on January 3, 2002 to law enforcement agents who were serving him with a grand jury subpoena. As grounds, the defendant avers and states that such statements, if made, do not constitute statements against his penal or pecuniary interest and, as such, are not admissions and are therefore inadmissible hearsay.

| | |
|---|---|
| Dated: May 1, 2006<br>Boston, Massachusetts | Respectfully submitted,<br>DAVID LAFLEUR<br>By his attorneys,<br><br>/s/ Brad Bailey<br>_____<br>Brad Bailey, BBO#549749<br>Jeffrey A. Denner, BBO#120520<br>Gary G. Pelletier, BBO#631732<br>DENNER ASSOCIATES, P.C.<br>Four Longfellow Place, 35th Floor<br>Boston, Massachusetts 02114<br>(617) 227-2800 |