```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
|  | ) CRIM. NO. 04-10152-JLT |
| v. | ) |
|  | ) |
| **DAVID LAFLEUR** | ) |
|  | ) |
| **Defendant.** | ) |

### GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

Pursuant to Fed. R. Crim. P. 30, the United States of America hereby submits its supplemental request for jury instructions in the above-captioned case.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                      United States Attorney

May 5, 2006                      By: /s/ Brian T. Kelly
                                        BRIAN T. KELLY
                                        GEORGE W. VIEN
                                        Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be hand delivered in court.

DATE: May 5, 2006                  /s/ Brian T. Kelly
                                        BRIAN T. KELLY
                                        Assistant U.S. Attorney

**FOREPERSON'S ROLE; UNANIMITY**

I come now to the last part of the instructions, the rules for your deliberations.

When you retire you will discuss the case with the other jurors to reach agreement if you can do so. You shall permit your foreperson to preside over your deliberations, and your foreperson will speak for you here in court. Your verdict must be unanimous.

In this case, you need to unanimously decide which, if any, of the bolded statements by the defendant listed in the indictment constitute either perjury or obstruction of justice beyond a reasonable doubt. That is, in order to find the defendant guilty of the crimes charged in the indictment, you must all agree that a particular bolded statement by the defendant listed in the indictment constitutes either perjury or obstruction of justice beyond a reasonable doubt.

First Circuit Patter Jury Instruction (Criminal) Inst. 6.01 (1998).

United States v. Richardson, 421 F.3d. 17, 31 (1st Cir. 2005)