UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DAVID LAFLEUR ) <br> ) | Crim. No. 04-10152-JLT |

### DEFENDANT DAVID LAFLEUR'S MOTION FOR JUDGMENT OF ACQUITTAL

David Lafleur ("the defendant"), by and through undersigned counsel and pursuant to Rule 29 of the Federal Rules of Criminal Procedure, requests that this Honorable Court enter an order finding the defendant not guilty of the crimes alleged in the instant indictment.

As reasons therefore, the defendant avers that the evidence in its entirety as presented by government in its case in chief is insufficient as a matter of both fact and law to sustain a conviction on the charges against the defendant. The government has failed to prove each and every material element for the crimes alleged in the indictment beyond a reasonable doubt. Taking the evidence in a light most favorable to the non-moving party and giving the government the benefit of all *reasonable* inferences, no reasonable jury could find the defendant guilty beyond a reasonable doubt of the crimes alleged in the indictment

WHEREFORE, the defendant asks this Court to allow his motion and enter judgment of acquittal on both counts.

Dated: May 2, 2006
Boston, Massachusetts

Respectfully submitted,
DAVID LAFLEUR
By his attorneys,

_____
Jeffrey A. Denner, BBO#120520
Brad Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
(617) 227-2800

Certificate of Service

I, Brad Bailey, certify that on May 3, 2006, I served a true and correct copy of the within Defendant David Lafleur's Motion for Judgment of Acquittal upon Assistant United States Attorney Brian T. Kelly by hand delivery at United States Courthouse, One Courthouse Way, Suite 900, Boston, Massachusetts 02110.

_____
Brad Bailey