UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          CASE NO. CR 04-10152-JLT

DAVID LAFLEUR

### VERDICT FORM

WE, THE JURY, FIND:     THE DEFENDANT,   DAVID LAFLEUR,

COUNT 1

NOT GUILTY ✓          GUILTY ____   OF : _____ PERJURY _____ .

COUNT 2

NOT GUILTY ✓          GUILTY ____   OF: OBSTRUCTION OF JUSTICE _____ .

5/9/06
DATE

William J. Spera
FOREPERSON'S SIGNATURE



EXHIBIT
COURT
II
CR 04-10152