AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

DAVID LA FLEUR

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR 04-10152-JLT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____ Zita Lovett _____
Signature of Judicial Officer

ZITA LOVETT Deputy Clerk
Name and Title of Judicial Officer

_____ 5/22/06 _____
Date